**Thomas ANTHONY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64183.**

Missouri Court of Appeals,
Western District.

June 21, 2005.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Leslie E. McNamara, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ELLIS, P.J., and SPINDEN and HOWARD, JJ.

### Order

PER CURIAM.

Thomas Anthony appeals from the denial of his Rule 29.15 motion for post-conviction relief, which the motion court denied without an evidentiary hearing. He alleges that the motion court clearly erred in denying his motion without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).